IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY LYNN NELSON, JR.        )
                                )
v.                              ) NO. 1-11-0016
                                ) JUDGE CAMPBELL
GILES COUNTY JAIL, et al.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 10), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED without prejudice for failure to obey Court rules and failure to prosecute.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE